1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYLE F. MANGIS, an individual,<br><br>                                    Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER INC., a<br>Kentucky Corporation,<br><br>                                    Defendant. | No. CV-10-209-LRS<br><br>ORDER OF DISMISSAL<br><br>~~(PROPOSED)~~ |

THIS MATTER having come on for hearing in open Court on the Stipulation of the Parties, and it appearing to the Court that all matters in controversy have been resolved by the parties, and the Court being fully advised in the premises,

ORDER OF DISMISSAL
PAGE 1

IT IS ORDERED that this action and plaintiff's complaint are dismissed with prejudice and without attorney's fees or costs awarded to either party.

DONE IN OPEN COURT __4th__ day of February 2011.

                                                  *s/Lonny R. Suko*
                                HONORABLE LONNY R. SUKO

Presented by:

LUKINS & ANNIS, P.S.

_____
Michael A. Maurer, WSBA # 20230
Attorneys for Plaintiff

Approved and Notice of Presentment Waived:

WINSTON & CASHATT, LAWYERS, P.S.

_____
Meriwether D. (Mike) Williams, WSBA # 8255

Timothy G. O'Neill, *pro hac vice*
Nathan K. Davis, *pro hac vice*
SNELL & WILMER, L.L.P.

Attorneys for Defendant

ORDER OF DISMISSAL
PAGE 2